# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:    Civil  No. 05-11732

Title: Moore, et al. v. Kindred Healthcare Operating, Inc., et al.

## **N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge Lindsay has been reassigned to Judge Wolf for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials MLW .

Thank you for your cooperation in this matter.


                                    SARAH A. THORNTON
                                    CLERK OF COURT

                         By:    /s/ Steve York
                                    Deputy Clerk

Date: November 1, 2005