UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHRISTOPHER A. MOORE and<br>MARY LOU MOORE ESTATE,<br>    Plaintiffs,<br><br>    v.<br><br>KINDRED HEALTHCARE OPERATING<br>INC., ET AL.,<br>    Defendant. | )<br>)<br>)<br>)<br>)   C.A. No. 05-11732-MLW<br>)<br>)<br>)<br>) |

<u>ORDER</u>

WOLF, D.J.

On January 26, 2006, this court issued a Memorandum and Order (Docket No. 4) directing the plaintiff to submit a new, fully completed application to proceed without prepayment of fees and a detailed statement concerning the Estate of Mary Lou Moore within thirty-five days if the plaintiff wished to proceed with the action. The court informed the plaintiff that the failure to submit either would result in the dismissal of the action without prejudice. The filings were due on March 2, 2006. To date, no written response has been filed.

Accordingly, due to Plaintiff's failure to comply with the Memorandum and Order to submit an application to proceed without payment of fees and a detailed statement concerning the Estate as directed, it is hereby ORDERED that this case is DISMISSED.

| | |
|---|---|
| <u> 03/08/06         </u><br>DATE | <u>/s/ MARK L. WOLF        </u><br>UNITED STATES DISTRICT JUDGE |