UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CHRISTOPHER MOORE et al**
      Plaintiff

V.

**KINDRED HEALTHCARE OPERATING INC., ET AL**
      Defendant

CIVIL ACTION

NO.  05-11732-MLW

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Order entered on **March 8, 2006**, in the above-referenced action, dismissing the plaintiff's complaint, it is hereby ORDERED:

Judgment of dismissal with prejudice for the **defendant**.

By the Court,

**March 8, 2006**              **/s/ Dennis O'Leary**
    Date                         **Deputy Clerk**

(judge-dis.wpd - 12/98)                                              [jgm.]