```
                                         FILED
          UNITED STATES DISTRICT CLERKS OFFICE
               DISTRICT OF MASSACHUSETTS
                                      2006 MAR 13  P 4:35
```

|  |  |
|---|---|
| Christopher A. Moore ) | U.S. DISTRICT COURT |
|     Plaintiff ) | DISTRICT OF MASS. |
| ) | |
| MARY LOU MOORE ESTATE ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION |
| ) | |
| KINDRED HEALTHCARE OPERATING ) | |
| INC., et al ) | NO:1:05-cv-11732-MLW |
|     Defendants ) | |

REQUEST FOR REINSTATEMENT, REVERSAL OF DISMISSAL

On March 11, 2006 Plaintiff received in the mail an order dismissing, without prejudice, the complaint in the above referenced case. The dismissal was made because the court had not received a response from the Plaintiffs to a January 26, 2006 Memorandum and Order of the court. That Memorandum and Order required the Plaintiffs to submit a new application within thirty five days of the January 26, 2006 court order.

What the court did not know is that the Plaintiff's never received the January 26, 2006 Memorandum and Order. No notice of the order was ever delivered to the Plaintiffs and as such the Plaintiffs were never made aware that any such order had been made.

The very first time that the Plaintiffs became aware of the Memorandum and Order was today, March 11, 2006 when the order of dismissal was received in the mail.

Plaintiffs have been faithful in complying with court directives and would have filed the new application had Plaintiff's been informed of the court order.

1

Accordingly, Plaintiffs' are filing the new and completed application requested by the Memorandum and Order and are doing so on March 13, 2006 which is the next date that the court is open for business. The filing, which is attached to this notice, will have been hand delivered to the Clerk's Office.

Plaintiffs' are requesting that the court accept the Plaintiffs' new and completed application attached to this notice. Plaintiffs further ask that the court remove and/or reverse the dismissal of this case based on the fact that the Plaintiffs never received any notification of the January 26, 2006 Memorandum and Order, and that when the Plaintiffs were made aware of the Memorandum and Order on March 11, 2006, the Plaintiffs immediately complied with the Memorandum and Order of the court within one day after receiving notice of it's existence.

Respectfully Submitted

Christopher A. Moore
Plaintiff

Respectfully Submitted

Christopher A. Moore
Administrator, Mary Moore Estate

The following documents are associated with this filing:
1) Response to Memorandum and Order of January 26, 2006
2) Application to proceed without prepayment of fees
3) Copy of Land Court Finding
4) "Final Notice and Demand" from Boston Water and Sewer

2

TAX TITLE #01-2146

# LAND COURT

## DEPARTMENT OF THE TRIAL COURT



### TAX LIEN CASE NO.: 126226

**City Of Boston**

vs.

**Christopher A. Moore**

## FINDING

In this case, upon representation by counsel for the plaintiff that the amounts set forth herein are those due and necessary to cover the requirements of law, the Court finds that the above defendant(s) may redeem upon payment to the plaintiff, on or before 11/07/2005, the sum of $11,647.07 plus interest, ~~and legal fees in the amount of $500.00~~ Waived - DJP, as allowed by statute from the date of this Finding to the date of payment, and Land Court costs in the amount of $233.88.

Deborah J. Patterson
Recorder

Dated: September 8, 2005

**COMMISSION**



**DEMAND**

ACCT # 251376    WARD # 14
SHUT-OFF AMOUNT: $4,807.33
SHUT-OFF DATE: Mar 28, 2006

unless the shut off amount (which may include tax received BEFORE this date in payment for past due will also be required to pay a water turn-on fee of not be interrupted, payment should be made in person Water and Sewer Commission, 980 Harrison Avenue, scheduled for shut-off. **Payment must be made in cash Commission's offices) or by a certified check or bank**

stamps or funds distributed under the low income heating provided appropriate documentation is presented to the

to have water service continued or restored under certain

and under the conditions set out in the Commission's

**WATER SERVICE MAY RESULT IN A $5,000.00 FINE**

Commission at 617-989-7070.

**REGARDING YOUR WATER SERVICE OR YOUR RIGHT REVERSE OF THIS NOTICE.**

Please have it translated.

Si vase mandarlo traducir.

CAO QUAN TRONG.

Por favor mande traduzi-lo.

Por favor manda traduzil.