```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

CHRISTOPHER A. MOORE and        )
MARY LOU MOORE ESTATE,          )
     Plaintiffs,                )
                                )
     v.                         )    C.A. No. 05-11732-MLW
                                )
KINDRED HEALTHCARE OPERATING    )
INC., ET AL.,                   )
     Defendant.                 )
```

                                ORDER

WOLF, D.J.                                              May 21, 2006

On March 8, 2006 this court issued an Order (Docket No. 6) dismissing this case due to Plaintiff's failure to comply with this court's January 26, 2006 Memorandum and Order to submit an application to proceed without payment of fees and a detailed statement concerning the Mary Lou Moore Estate.

Pro se plaintiff Christopher Moore ("Moore") has filed a Request for Reinstatement, Reversal of Dismissal (Docket No. 7), requesting that the court reverse its dismissal of the case on the basis that he never received the January 26, 2006 Memorandum and Order. According to Moore, he first became aware of the Memorandum and Order on March 11, 2006, when he received the order of dismissal in the mail. He then promptly responded by filing an application to proceed without payment of fees (Docket No. 8) and a statement concerning the Mary Lou Moore Estate (Docket No. 9). While it is still unclear whether Moore is a beneficiary of the

Estate, whether there are other beneficiaries, or whether there are any creditors involved, Moore is prepared to have an attorney represent the Mary Lou Moore Estate or remove the Mary Lou Estate as a party.

Based on the foregoing, it is hereby ORDERED that:

1. The plaintiff's Request for Reinstatement, Reversal of Dismissal (Docket No. 7) is ALLOWED and this case is re-opened. The plaintiff shall, within thirty-five (35) days of the date of this Order, file an Amended Complaint in which the Mary Lou Estate is either represented by counsel or is not a party.

2. The plaintiff's Application to Proceed without Prepayment of Fees (Docket No. 8) is GRANTED.

3. Once the Amended Complaint is filed, the Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendants as directed by plaintiff with all costs of service to be advanced by the United States.

                                          /s/ MARK L. WOLF
                                          UNITED STATES DISTRICT JUDGE