```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

CHRISTOPHER A. MOORE,          )
     Plaintiff                 )
                               )
         v.                    )  C.A. No. 05-11732-MLW
                               )
KINDRED HEALTCHARE OPERATING   )
INC, et al.,                   )
     Defendants                )
```

## ORDER

WOLF, D.J.

    The complaint in the above-entitled action was filed on August 5, 2005. As of this date, the plaintiff has not filed proof of service of the summons and complaint to the remaining parties as required by Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b) of the Local Rules of this Court.

    Accordingly, it is hereby ORDERED that, pursuant to Rule 4(m), Fed. R. Civ. P., and Local Rule 4.1(b), the above-entitled action will be dismissed, without prejudice, in twenty (20) days from the date of this Order unless a proof of service is filed or good cause shown why service has not been made.

```
                                   /s/ Mark L. Wolf
                                 UNITED STATES DISTRICT JUDGE
```