```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS
```

CHRISTOPHER A. MOORE,            )
    Plaintiff                    )
                                 )
        v.                      )   C.A. No. 05-11732-MLW
                                 )
KINDRED HEALTHCARE OPERATING     )
INC, et al.,                     )
    Defendants                   )

### ORDER

WOLF, D.J.                                          August 1, 2007

On June 23, 2007, the court ordered the plaintiff to file proof of service or to seek to show good cause why service has not been made. To date, the petitioner has done neither. Accordingly, it is hereby ORDERED that this case is DISMISSED without prejudice.

                                                  /s/ Mark L. Wolf
                                                  UNITED STATES DISTRICT JUDGE