UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CHRISTOPHER MOORE**
        Plaintiff

       V.                                  CIVIL ACTION
                                               NO. 05-11732-MLW

**KINDRED HEALTHCARE OPERATING, INC. et al**
        Defendant

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Order dated **August 1, 2007**, in the above-referenced action, DISMISSING the case without prejudice.

It is hereby ORDERED:

Judgment for the Defendants without prejudice.

                                                    By the Court,

**August 9, 2007**                                      /s/ Dennis O'Leary
     Date                                                     Deputy Clerk

(judge-dis.wpd - 12/98)                                                                  [jgm.]