UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 AUG 30 P 5:03

U.S. DISTRICT COURT
DISTRICT OF MASS.

CHRISTOPHER A MOORE

V.                                  CASE NO. 2105-11732 MLW

KINDRED HEALTHCARE, et al

## NOTICE OF APPEAL

Notice is hereby given that __PLAINTIFF__ above named, hereby appeals from the __ORDER OF DISMISSAL__ entered in the above entitled action on __AUGUST 1, 2007 (8/1/2007)__

By ___

8/30/2007
Date

(notofapp.frm - 09/92)                                          [app., kdapp., kgapp., kcustapp.]