UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 SEP -7 P 4: 57

U.S. DISTRICT COURT
DISTRICT OF MASS.

Christopher A. Moore, Plaintiff

V.

CASE NO. 1:05-cv-11732-MLW

Kindred Healthcare Operating, Inc. et al

### NOTICE OF APPEAL

Notice is hereby given that  Christopher Moore  above named, hereby appeals from the  Judgement  entered in the above entitled action on  August 9, 2007 .

September 6, 2007
Date

By the Court,

[signature]

~~Deputy Clerk~~

Christopher Moore, Pro se

(Notice of Appeal.wpd - 12/98)