# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-11732

Christopher A. Moore

v.

Kindred Healthcare, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-18

and contained in I NOA #19 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/7/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 15, 2007.

Sarah A Thornton, Clerk of Court

By: _/s/ illegible_
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: __10/15/07__.

_/s/ Barchard_
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06