# United States Court of Appeals
## For the First Circuit

No. 07-2562

CHRISTOPHER A. MOORE,

Plaintiff, Appellant,

ESTATE OF MARY LOU MOORE,

Plaintiff,

v.

KINDRED HEALTHCARE OPERATING, INC., ET AL.,

Defendants, Appellees.

Before

Torruella, <u>Circuit Judge</u>,
Selya, <u>Senior Circuit Judge</u>,
and Lipez, <u>Circuit Judge</u>.

**JUDGMENT**
**Entered: January 24, 2008**

The motion for appointment of counsel is <u>denied</u>.

For reasons stated in this court's order of December 7, 2007, this appeal is <u>dismissed</u> as duplicative. Appellant's appeal shall proceed under Appeal No. 07-2563.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
Chief Deputy Clerk.

[cc: Christopher A. Moore]