# United States Court of Appeals
## For the First Circuit

No. 07-2562

CHRISTOPHER A. MOORE,

Plaintiff, Appellant,

ESTATE OF MARY LOU MOORE,

Plaintiff,

v.

KINDRED HEALTHCARE OPERATING, INC., ET AL.,

Defendants, Appellees.

Before

Torruella, Circuit Judge,
Selya, Senior Circuit Judge,
and Lipez, Circuit Judge.

**JUDGMENT**
Entered: January 24, 2008

The motion for appointment of counsel is denied.

For reasons stated in this court's order of December 7, 2007, this appeal is dismissed as duplicative. Appellant's appeal shall proceed under Appeal No. 07-2563.

By the Court:

Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date:

By: _____
Chief Deputy Clerk.

[cc: Christopher A. Moore]