# United States Court of Appeals
## For the First Circuit

05-11732
USDC MA
Wolf, M.

No. 07-2563

CHRISTOPHER A. MOORE

Plaintiff - Appellant

ESTATE OF MARY LOU MOORE

Plaintiff

v.

KINDRED HEALTHCARE OPERATING, INC.; EDWARD L. KUNTZ; DR. JAMES RODGERS; DR. MURALI RAMADURAI; MARY WALKER HOWARD; KIMBERLY MOODY; JOSEPH FRANCIS; DALE MITCHELL; VISITING NURSE ASSOCIATION OF BOSTON, INC.; JOANNE HANDY; MARISA HOSMER; VIRGINIA TRITSCHLER; FEDERAL MANAGEMENT CO., INC.; MARY GAVIN; ALLEN PERKINS; BETTE ANDERSON FISH; GILLIAN GATTIE; STEPHEN WICHINS; RICHARD HENKEN

Defendants - Appellees

## JUDGMENT

Entered: August 29, 2008

Appellant's motion seeking an additional 30 days to file his brief is denied. Having failed to file a brief by the deadline set by the court, Appellant's appeal is hereby dismissed for want of diligent prosecution. 1st Cir. R. 3.0(b).

By the Court:

/s/ Richard Cushing Donovan, Clerk.

cc: Christopher Moore